# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2103 | **DATE** | 6/24/2010 |
| **CASE TITLE** | Hudson Surgical Design, Inc. v. DePuy Orthopaedics, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff/counter-defendant's motion to dismiss the counterclaim and strike the affirmative defenses [20] is granted. The counterclaim is dismissed. Defendant/counter-claimant is given to 7/8/2010 to file an amended counterclaim; plaintiff/counter-defendant is given to 7/22/2010 to answer or otherwise plead. Status hearing is reset to 8/19/2010 at 11:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|